■ In the Matter of STEPHEN JOHN PAWLINGA, an Attor-

ney.—Order of suspension entered June 18, 1986, pursuant to Judiciary Law § 90 (4) (f), vacated by order entered June 25, 1986. Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ. (Two orders entered June 18, 1986 and June 25, 1986.)